UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                     CASE NO. 05 B 17462
   GECENIA RAMOS
                                           CHAPTER 13

                                           JUDGE: MANUEL BARBOSA
          Debtor
   SSN XXX-XX-8457
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 05/03/05 and confirmed on 09/20/05.

   2. The case was converted to Chapter 7 after confirmation, 08/04/2008.

   3. The Debtor paid a total of $   5870.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MIDLAND MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| MIDLAND MORTGAGE CO | MORTGAGE ARRE | 7465.55 | .00 | 4213.50 |
| FOX METRO WATER REC DIST | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 2925.52 | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7465.55 | .00 | 2925.52 | .00 | 10391.07 |
| PRINCIPAL PAID | 4213.50 | .00 | .00 | .00 | 4213.50 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 4213.50 | .00 | .00 | .00 | 4213.50 |

The Debtor's attorney, MYLER RUDDY & MCTAVISH          , was allowed $   2200.00
and was paid $    806.00   direct and $   1394.00   through the plan.

The Trustee received $    262.50 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 11/13/08                    /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

```
                              PAGE   2
CASE NO. 05 B 17462 GECENIA RAMOS
```